Prepared by State Reporter from Appeal Papers

*Joseph F. Hanley, G. Everett Hunt* and *Alfred W. Andrews* for appellant.

*Francis L. Driscoll* and *Richard J. Mackey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

HENRY B. CLOSSON et al., as Executors of CORNELIUETT SMITH, Deceased, Respondents, *v.* SUSAN D. GRIFFITH et al., Appellants.

*Negligence — motor vehicles — evidence — action for death through alleged negligence — evidence showing benefits received by next of kin under will of decedent improper — erroneous charge that jury may consider such evidence.*

*Closson* v. *Griffith,* 219 App. Div. 163, affirmed.

(Argued April 1, 1927; decided May 3, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1926, reversing a judgment in favor of defendants entered upon a verdict and granting a new trial in an action to recover for the death of plaintiffs' testator alleged to have been occasioned through the negligence of defendants. The Appellate Division held that the trial court improperly received evidence showing the benefits received by the next of kin of the testatrix as beneficiaries under her will, and improperly instructed the jury that such evidence might be considered in arriving at a verdict.

*F. A. W. Ireland* for appellants.

*Henry F. Cochrane* and *William M. Sperry, 2nd,* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.